## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

Barry Eugene Roy                                                                                              Plaintiff

v.                                          NO. 4-09-CV-0912

Kelworth Trucking Company, Inc. and
Jeremy N. Richey                                                                                          Defendants

Public Employee Claims Division of the
Arkansas Insurance Department and
Arkansas State Police                                                                                    Intervenors

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, Barry Eugene Roy, by and through his attorneys, Reddick Law Firm, P.A. and Wilkes & McHugh, P.A., and Defendants, Kelworth Trucking Company, Inc. and Jeremy N. Richey, by and through their attorneys, Glassman, Edwards, Wade & Wyatt, P.C., and the Intervenors, Public Employee Claims Division of the Arkansas Insurance Department and the Arkansas State Police, by and through their attorney, Terry Don Lucy, submit to the Court that the Plaintiff's claims have been compromised and settled and this matter should be and hereby is DISMISSED WITH PREJUDICE as to all parties and each party to bear his or its own costs and attorney's fees.

It is so Ordered, this 6th day of April 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE